# EXHIBIT A

```
          VENICE CAFE
        500 WEST MONROE ST
    CHIGAGO        60661-3671
            312-258 0925

    Merchant ID: 518564050182906
    Term ID: 0601

              Sale

    VISA
    XXXXXXXXXXXX2460    Exp: Redacted
    Entry Method: Swiped
    Apprvd: Online    Batch#: 000008
    10/18/07            10:34:26

    Inv #: 00000039  Appr Code: 076547

    Total:         $       5.51

              Customer Copy
              THANK YOU
             FOR VISITING
```