# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6622 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Mandik vs. Bag Corp. | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)(1), this case is dismissed with prejudice and without costs. Status hearing previously set to 1/17/2008 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|